UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  5:15CR254 |
| | ) | |
| Plaintiff, | ) | |
| | ) | HONORABLE JUDGE SARA LIOI |
| vs. | ) | |
| | ) | |
| FRANKLIN D. CONLEY | ) | MOTION FOR CONTINUANCE |
| | ) | |
| Defendant. | ) | |

Now comes the defendant by and through counsel and moves this court to continue his Trial date of January 11, 2015, for the following reasons set forth below:

Counsel states that he is still engaged in the discovery process making it impossible for counsel to be ready for trial on January 11, 2015.  Counsel states that the government does not oppose this motion for continuance. Counsel states that he was recently assigned on this case and has not had adequate time to prepare this matter for trial.  Furthermore, Counsel states he have met with and had conversation with the Defendant and he is in agreement with the continuance of the trial of January 11, 2015 and that it is necessary for this case to be continue to give new counsel adequate time to prepare for trial.

Finally, counsel for defendant moves this court to grant his request for a continuance due to the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Defendant through counsel states that the government does not object to a continuance of the trial date originally set in this matter.

                                                  Respectfully Submitted,

                                                  /s/Donald Butler
                                                  _____

                                        Donald Butler, 0005968  
                                        Attorney for Defendant  
                                        75 Public Square, Suite 600  
                                        Cleveland, Ohio 44113  
                                        (216) 621-7260

## CERTIFICATE OF SERVICE

I hereby certify that on 21st  day of December, 2015, a copy of the Motion for Continuance filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/Donald Butler

_____
Donald Butler, 0005968
Attorney for Defendant
75 Public Square, Suite 600
Cleveland, OH 44113
(216) 621-7260