UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:15CR254 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | HONORABLE JUDGE SARA LIOI |
| vs. | ) | |
| | ) | |
| **FRANKLIN D. CONLEY** | ) | <u>WITNESS LIST</u> |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

  Now comes Defendant, Franklin Conley, by and through his attorney, Donald Butler, and hereby respectfully submits the names of the following witnesses he intends to call at the time of trial.

1. Representative for Wells Porter Trucking Ltd.

2. Jameel S. Turner
   10 W. Broad Street, Suite 2100
   Columbus, Ohio 43215

3. Representative Short North Bodega LLC

4. Bailey Cavalier LLC
   10 W. Broad Street 21st Floor
   Columbus, Ohio 43215

5. Joey Wells

6. Wanda Jones

7. Camille Thomas, LPN

8.  Kim McCollum, LPN

9.  Wanda Jones

10. Ben Levitan

          Respectfully submitted,

          /s/ Donald Butler
          _____
          Donald Butler, 0005968
          Counsel for Defendant
          75 Public Square, Suite 600
          Cleveland, Ohio 44113
          (216) 621-7260

## **CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of June, 2016, a copy of the WITNESS LIST filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

          /s/Donald Butler
          _____
          Donald Butler, 0005968
          Attorney for Defendant
          75 Public Square, Suite 600
          Cleveland, OH 44113
          (216) 621-7260